Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ACW Flex Pack Management, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Agile Premium Finance PO Box 181668 Fairfield, OH 45018 | accountservices@agile-pf.com 862-419-4720 | Insurance Premium Financing | | | | $23,224.53 |
| Christopher Czerwinski 4290 Dixon Dr Hoffman Estates, IL 60192 | | Wages | | | | $1,250.00 |
| Christopher Heffernan 1640 Stratford Ave Westchester, IL 60154 | | Wages | | | | $1,923.08 |
| City National Bank of Florida Attn: Jorge Gonzalez, CEO 2701 S LeJeune Rd 8th Floor Coral Gables, FL 33134 | Robert P. Frankel, Esq. robert@frankelpa.com 305-358-5690 | Secured Loan | | $35,512,875.00 | Unknown | Unknown |
| Douglas Marvin 2130 Azure Ln Algonquin, IL 60102 | | Wages | | | | $2,277.89 |
| Hana Holodniak 1738 N Dover Ln Arlington Heights, IL 60004 | | Wages | | | | $4,432.69 |
| Jason R. Frazier 4272 Rose Haven Ct Suamico, WI 54313 | | Wages | | | | $3,152.35 |
| Michael Noonan 7515 W Drexel Ave #204 Franklin, WI 53132 | | Wages | | | | $1,730.77 |

Debtor    ACW Flex Pack Management, Inc.                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Plante & Moran PLLC 16060 Collections Center Drive Chicago, Il 60693 | Elaine Corriero  Elaine.Corriero@plantemoran.com 312-602-3519 | Professinal Services | | | | $101,008.63 |
| Prometheum Technologies 2639 Lawndale Evanston, IL 60201 | Karen Barr  karen@prometheum.net 312-405-3836 | Trade Debt | | | | $1,500.00 |
| Prudence Cuffaro 2727 N Patton Ave Arlington Heights, IL 60004 | | Wages | | | | $4,269.23 |
| Ty Parsons 2979 St Pats Dr Suamico, WI 54313 | | Wages | | | | $4,542.31 |
| UKG Inc. PO Box 930953 Atlanta, GA 31193 | AccountsReceivable @ukg.com | Trade Debt | | | | $488.41 |